# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman, individual

*Plaintiff*

V.

The Hardship Department, LLC., a Wyoming LLC and Stephen Norris an individual

*Defendant*

Civil Action No. 24-cv-0400-CAB-MSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stephen Norris and The Hardship Department
36031 Pansy St, Winchester, CA 92596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Charman
2270 Boundary St.
San Diego, CA 92104
800-673-4384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____2/29/24_____



John Morrill
*CLERK OF COURT*

S/ _____ S. Nyamanjiva
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 24-CV-0400-CAB-MSB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE HARDSHIP DEPARTMENT, LLC was received by me on *(date)* Mar 1, 2024, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* JANE DOE, RESIDENT (Age: 40; Ethnicity: Hispanic; Gender: Female; Weight: 190; Height: 5'10"; Hair: Black, Drove White Jeep) , a person of suitable age and discretion who resides there, on *(date)* Thu, Apr 04 2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 652.50 for travel and $ 0.00 for services, for a total of $ 652.50.

I declare under penalty of perjury that this information is true.

Date: April 5, 2024 | 12:08:28 PM PDT

DocuSigned by:
**CHRISTOPHER SMITH**
F7D37E3A0DB340F...

*Server's signature*

CHRISTOPHER SMITH
RIVERSIDE COUNTY #1800

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES, CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
**DOCUMENTS SERVED:** AO 441 Summons in a Civil Action, Complaint, JS-44 Civil Cover Sheet (Received Mar 1, 2024 at 12:19pm PST)

1) Unsuccessful Attempt: Mar 4, 2024, 7:46 pm PST at HOME: 35718 SUNDEW LANE, MURRIETA, CA 92562
Subject moved over a year ago, per AMANDA DOE, current resident. She receives all of his mail but returns to sender. No connection with subject. Subject is unknown.

2) Unsuccessful Attempt: Mar 8, 2024, 11:00 am PST at HOME: 4736 OAKWOOD PLACE, RIVERSIDE, CA 92506
Per KYLE DOE, owned home since 2021. Subject unknown and no connection. No mail received.

3) Unsuccessful Attempt: Mar 16, 2024, 6:22 pm PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596
No vehicle's at property.

4) Unsuccessful Attempt: Mar 20, 2024, 7:19 pm PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596

No change from last attempt, no cars, lights, vehicles. Will attempt over weekend next as many people in this area commute to LA/Riverside/San Diego areas for work.

5) Unsuccessful Attempt: Mar 24, 2024, 3:52 pm PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596
Hostile Resident. Subject is unknown and does not receive mail at resident. Hispanic Male late 50's. Refused to give name. Told me to get the 'f' out of here. Photos I took attached.

6) Unsuccessful Attempt: Mar 29, 2024, 7:55 pm PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596
Both vehicles in driveway.

7) Successful Attempt: Apr 4, 2024, 8:04 am PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596 received by JANE DOE. Age: 40; Ethnicity: Hispanic; Gender: Female; Weight: 190; Height: 5'10"; Hair: Black; Other: Drove a white Jeep ; Dropped served Jane Doe. Subject was leaving for work and refused to take the documents and refused to give name to identify herself. She stated subject defendant was inside and I can knock on the door. Service was announced and papers were dropped. Was hostile.

8) Successful Attempt: Apr 4, 2024, 11:05 am PDT at HOME: 36031 PANSY STREET, WINCHESTER, CA 92596 received by THE HARDSHIP DEPARTMENT, LLC.
I placed the appropriate form(s) in a sealed envelope addressed to the parties involved with postage prepaid. I deposited the envelope in the United States Postal Service (USPS) or other delivery service from Los Angeles, CA.

This mailing will complete the sub-service of the documents, normally after 10 days has passed. (CPP §415.20). This step is required by law since sub-service was the method of service and is supplemental to any prior successful service attempts sent.

References:
CCP §415.20: https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=CCP&sectionNum=415.20.