Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>        Plaintiff,<br><br>v.<br><br>THE HARDSHIP DEPARTMENT LLC., a WYOMING LLC and STEPHEN NORRIS an INDIVIDUAL<br><br><br>        Defendants, | Civil Case No.:  23-cv-0400-CAB-MSB<br><br>REQUEST FOR CLERKS ENTRY OF DEFAULT |

   Plaintiff, Thane Charman, requests that the Clerk of Court enter Default

against Defendants THE HARDSHIP DEPARTMENT LLC., a WYOMING

LLC and STEPHEN NORRIS an INDIVIDUAL pursuant to Federal Rule of

REQUEST FOR CLERKS ENTRY OF DEFAULT

Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: April 29, 2024          Respectfully submitted,


By: /s/ Thane charman
    THANE CHARMAN
    *Plaintiff, Pro Se*

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>THE HARDSHIP DEPARTMENT LLC., a WYOMING LLC and STEPHEN NORRIS an INDIVIDUAL., An Individual<br><br>Defendants, | Civil Case No.:  3:24-cv-0400-CAB-MSB<br><br>DECLARATION OF THANE CHARMAN IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default

against Defendants THE HARDSHIP DEPARTMENT LLC., a WYOMING

LLC and STEPHEN NORRIS an INDIVIDUAL., An Individual pursuant to

Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff

relies upon the record in this case and the declaration submitted herein.

I, THANE CHAMRAN, declare the following in support of Plaintiff's Request for Clerk's entry of Default against Defendants THE HARDSHIP DEPARTMENT LLC., a WYOMING LLC and STEPHEN NORRIS an INDIVIDUAL:

1. I am the Plaintiff, Pro Se, in the above-entitled action. I am familiar with the file, records, and pleadings in this matter.

2. A complaint was filed on February 29, 2024.

3. Summons were issued on February 29, 2024.

4. Defendant THE HARDSHIP DEPARTMENT LLC, was served with a copy of the summons and complaint on April 5, 2024, as reflected on the docket sheet by the proof of service on April 24, 2024

5. Defendant STEPHEN NORRIS, was served with a copy of the summons and complaint on April 5, 2024, as reflected on the docket sheet by the proof of service on April 24, 2024.

6. An answer to the complaint was due by Defendants on April 26, 2024.

7. Defendant's have failed to appear, plead, or otherwise defend

within the time allowed and therefore, are now in default.

8. Plaintiff requests that the clerk of court enter Default against the Defendant.

Dated: April 29, 2024          Respectfully submitted,

By: /s/ Thane charman

THANE CHARMAN

*Plaintiff, Pro Se*

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>          Plaintiff,<br><br>v.<br><br>THE HARDSHIP DEPARTMENT LLC., a WYOMING LLC and STEPHEN NORRIS an INDIVIDUAL<br><br>          Defendants, | Civil Case No.:  23-cv-0400-CAB-MSB<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on April 29, 2024. I caused a true copy of the foregoing plaintiff's request for entry of default judgment to be served via USPS mail to Defendants THE HARDSHIP DEPARTMENT LLC., a WYOMING LLC at 36031 Pansy St. Winchester, CA 92596. STEPHEN NORRIS an INDIVIDUAL at 36031 Pansy St. Winchester, CA 92596.

Dated: April 29, 2024           respectfully submitted,


By: /s/ Thane charman
    THANE CHARMAN
    *Plaintiff, Pro Se*

CERTIFICATE OF SERVICE