Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

3:24-cv-0400-CAB-MSB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>THE HARDSHIP DEPARTMENT LLC,. A WYOMING LLC AND STEPHEN NORRIS an INDIVIDUAL<br><br>Defendants, | Civil Case No.: 3:24-cv-0400-CAB-MSB<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff Thane Charman, in his individual capacity and moves to dismiss Defendant THE HARDSHIP DEPARTMENT LLC and STEPHEN NORRIS with prejudice pursuant to Rule 41(a)(1)(A)(i)

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

1
2
3
4   Dated: June 25, 2024            respectfully submitted,
5
6                                   By: /S/ Thane Charman
7                                       Thane Charman
8                                       Plaintiff, Pro SE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE